UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**FRANK MALKO,**

    **Plaintiff,**

   v.                                 Case Number: 20-CV-1831

**CGS PREMIER, INC.,**

    **Defendant.**

---

### ORDER OF DISMISSAL

---

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs or attorneys' fees to either party.

Dated at Milwaukee, Wisconsin this 22nd day of April, 2022.

BY THE COURT:

*Nancy Joseph*
_____
NANCY JOSEPH
United States Magistrate Judge